UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Simone Doyley, | : |
| | : Civil Action No.: 4:14-cv-03143 |
| Plaintiff, | : |
| v. | : |
| | : |
| Synchrony Bank f/k/a GE Capital Retail Bank, | : |
| | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety without prejudice and without costs to any party.

| Simone Doyley | Synchrony Bank f/k/a GE Capital Retail Bank |
|---|---|
| ___/s/ Jenny DeFrancisco_____ | __/s/ Michael H. Bernick _____ |
| Jenny DeFrancisco, Esq. | Michael H. Bernick – TXB# 24078227 |
| CT Bar No.: 432383 | Fed. ID #1439062 |
| LEMBERG LAW LLC. | REED SMITH LLP |
| 1100 Summer Street, 3rd Floor | 811 Main Street, Suite 1700 |
| Stamford, CT 06905 | Houston, Texas 77002 |
| Telephone: (203) 653-2250 | Telephone: (713) 469-3834 |
| Facsimile:  (203) 653-3424 | Facsimile: (713) 469-3899 |
| Email: jdefrancisco@lemberglaw.com | Email: mbernick@reedsmith.com |
| Attorney for Plaintiff | Attorneys for Defendant |

_____
SO ORDERED

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 25, 2015, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Southern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                                 By /s/ Jenny DeFrancisco
                                                                     Jenny DeFrancisco